**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>    Plaintiff,<br><br>vs.<br><br>DODG CORPORATION<br><br>    Defendant. | Case No. 18-cv-05776-HSG<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

  IT IS HEREBY STIPULATED, BY AND BETWEEN Plaintiff JOHN RODGERS ("Plaintiff") and Defendant DODG CORPORATION pursuant to FRCP 15(a)(2) that Plaintiff may filed a First Amended Complaint in order to add ERDENEBAYAR ENKHTAIVAN, an individual dba HEGENBURGER as a defendant to this action ("Tenant") The parties believe that the Tenant is a necessary party in this action. A True and correct copy of the First Amended Complaint is attached hereto as **Exhibit "A"**.

STIPULATION AND ORDER

The parties report that they held a joint site inspection on February 7, 2019 and will file a stipulation to continue the site inspection deadline under the Court's scheduling order so that they have time to explore an early resolution of the matter prior to requesting mediation.

Dated: February 11, 2019

/s/
Irakli Karbelashvili, Attorney for Plaintiff
JOHN RODGERS

Dated: February 11, 2019

/s/
Terrence Brasch, Attorney for Defendant
DODG CORPORATION

**Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from Terrence Brasch, Esq. in the filing of this document.

/s/
Irakli Karbelashvili

STIPULATION AND ORDER

# ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED. Plaintiff shall file the amended complaint as a separate docket entry.

**IT IS SO ORDERED.**

Dated: February 15, 2019

_____
UNITED STATES DISTRICT JUDGE