**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS, <br><br> Plaintiff, <br><br> vs. <br><br> DODG CORPORATION et al. <br><br> Defendant. | Case No. 18-cv-05776-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO SERVE DEFENDANT ERDENEBAYAR ENKHTAIVAN** |

IT IS HEREBY STIPULATED, BY AND BETWEEN Plaintiff JOHN RODGERS ("Plaintiff") and Defendant DODG CORPORATION that the deadline for Plaintiff to serve Defendant ERDENEBAYAR ENKHTAIVAN ("Tenant") with the operative complaint, summons, and other pertinent documents, be continued from November 19, 2018 [Dkt. 4] to April 20, 2019. Plaintiff believes that good cause exists as he was under a good faith belief that Tenant would waive service. However, despite repeated attempts, Plaintiff's counsel has been unable to reach counsel for Tenant. Plaintiff is submitting concurrently with this stipulation his

counsel's declaration in support of this stipulation which further lays out the efforts made to waive service.

Respectfully submitted,

Dated: March 20, 2019            _____/s/_____
Irakli Karbelashvili, Attorney for Plaintiff
JOHN RODGERS

Dated: March 21, 2019            _____/s/_____
Terrence Brasch, Attorney for Defendant
DODG CORPORATION

### **Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from Terrence Brasch, Esq. in the filing of this document.

           _____/s/_____
Irakli Karbelashvili

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED. The deadline for Plaintiff to effectuate service of process is continued to April 8, 2019.

**IT IS SO ORDERED.**

Dated: 3/25/2019

UNITED STATES DISTRICT JUDGE

Page 3 of 3

STIPULATION AND [PROPOSED] ORDER