**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS, <br><br> Plaintiff, <br><br> vs. <br><br> DODG CORPORATION et al. <br><br> Defendant. | Case No. 18-cv-05776-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

    Plaintiff JOHN RODGERS ("Plaintiff") Defendants DODG CORPORATION and ERDENEBAYAR ENKHTAIVAN dba HEGENBURGER (collectively, "Defendants") stipulate and respectfully request that this action be dismissed in its entirety with prejudice with each side bearing their own attorneys' fees, costs, and litigation expenses. The parties' settlement agreement is conditioned upon future conduct. Thus, the parties further stipulate and ask that the Court retains jurisdiction over the enforcement of the terms over the settlement agreement in accordance with the provisions of General Order 56.

Respectfully submitted,

Dated: November 12, 2019             /s/
Irakli Karbelashvili, Attorney for Plaintiff
JOHN RODGERS

Dated: November 12, 2019             /s/
Terrence Brasch, Attorney for Defendant
DODG CORPORATION

Dated: November 12, 2019             /s/
Nick A. Urick, Attorney for Defendant
ERDENEBAYAR ENKHTAIVAN

### Filer's Attestation

I, Irakli Karbelashvili, hereby attest that I received concurrence from the signatories in the filing of this document.

            /s/
Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation and good cause having been shown, this action is dismissed with prejudice with each side bearing their own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement.

**IT IS SO ORDERED.**


Dated:  11/12/2019                                    *Haywood S. Gill, Jr.*
                                                                     United States District Judge